FILED

2006 SEP -1 PM 1:47

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIFTY-SIX HOPE ROAD MUSIC, LTD., a Bahamian International Business Company; and ZION ROOTSWEAR, LLC, a Florida Limited Liability Company,<br><br>        Plaintiffs,<br>  v.<br><br>KOKOB PRINTING, a California entity; and NUNU BELETTE, an individual d/b/a KOKOB PRINTING, and TADELE WORKU, an individual; and BERHAN WOLDEY MEKONNEN a/k/a BIRANHU A. MEKONNEN, an individual,<br><br>        Defendants. | Case No.: 05cv1226-L(CAB)<br><br>[PROPOSED] ORDER FOR PUBLICATION OF SUMMONS OF SECOND-AMENDED COMPLAINT AGAINST DEFENDANT BERHAN WOLDEY MEKONNEN A/K/A BIRANHU A. MEKONNEN AND ORDER FOR EXTENSION OF TIME TO SERVE PROCESS IN ORDER TO EFFECTUATE SERVICE BY PUBLICATION<br><br>[Complaint Filed June 15, 2005; Second-Amended Complaint Filed February 4, 2006] |

**ORIGINAL**

05cv1226-L(CAB)

Upon reading and considering the Application of Plaintiffs Fifty-Six Hope Road Music, Ltd. and Zion Rootswear, LLC ("Plaintiffs") for an Order directing publication of the summons of the Second-Amended Complaint against Defendant Berhan Woldey Mekonnen a/k/a Biranhu A. Mekonnen ("Defendant Mekonnen") and extending time for service of the Second-Amended Complaint beyond the statutory limitation period in order to effectuate service by publication, and the evidence presented in support thereof; it satisfactorily appearing to the Court that said Defendant cannot be served with reasonable diligence in any other manner provided in Cal. Civ. Proc. Code Sections 415.10 through 415.40; it further appearing that a good cause of action exists against said Defendant, or that he is a necessary or proper party to this action, and being fully advised,

IT IS HEREBY ORDERED THAT:

(1)  Service of the Summons of the Second-Amended Complaint in this action be made on Defendant Berhan Woldey Mekonnen a/k/a Biranhu A. Mekonnen by publication in the *San Diego Daily Transcript,* a newspaper of general circulation published in the County of San Diego, and by publication in the *Orlando Sentinel,* a newspaper of general circulation published in the County of Orange, which are hereby designated as the newspapers most likely to give actual notice to said Defendant Mekonnen; and that said publication be made at least once a week for four consecutive weeks; and

(2)  A copy of the Summons and Second-Amended Complaint and of the Order for publication be mailed to Defendant Berhan Woldey Mekonnen a/k/a Biranhu A. Mekonnen forthwith, in the event that his address is ascertained before the expiration of the time herein prescribed for publication of summons; and

05cv1226-L(CAB)

(3) For good cause shown, Plaintiffs are hereby granted an extension of ninety (90) days beyond the statutory limitation period in order to effectuate service of the Second-Amended Complaint by publication on Defendant Berhan Woldey Mekonnen a/k/a Biranhu A. Mekonnen.

**IT IS SO ORDERED.**

Dated: August 31, 2006

CATHY ANN BENCIVENGO
U.S. MAGISTRATE JUDGE

Prepared By:

COSTA, ABRAMS & COATE, LLP
Joseph P. Costa, Esq.
Elizabeth L. Floriani, Esq.

Elizabeth L. Floriani, Esq.
Attorneys for Plaintiffs

# DECLARATION OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1221 Second Street, Third Floor, Santa Monica, CA 90401.

On August 18, 2006, I served the foregoing documents described as **[PROPOSED] ORDER FOR PUBLICATION OF SUMMONS OF SECOND-AMENDED COMPLAINT AGAINST DEFENDANT BERHAN WOLDEY MEKONNEN A/K/A BIRANHU A. MEKONNEN AND ORDER FOR EXTENSION OF TIME TO SERVE PROCESS IN ORDER TO EFFECTUATE SERVICE BY PUBLICATION** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope as follows:

Nunu Belette, Business Manager          *In pro per*
Kokob Printing
3645 El Cajon Blvd.
San Diego, CA 92104

Tadele Worku                            *In pro per*
4368 Highland Avenue, Apt. #H
San Diego, CA 92115

[x]   **(BY MAIL)** I deposited such envelope in the mail at Santa Monica, California. The envelope was mailed with postage fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Santa Monica, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ]   **(BY PERSONAL SERVICE/MESSENGER)** I delivered such envelope by hand to the addressee(s) above.

[x]   **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 18, 2006, at Santa Monica, California.

*Roxie Lonergan*
Roxie Lonergan