**NUNC PRO TUNC**
JUL 0 9 2007

Timothy J. Ervin, Esq.
GALLANT & ERVIN, LLC
One Olde North Road, Ste. 103
Chelmsford, MA 01824
Tel: (978) 256-6041
Fax: (978) 256-7977

Joseph P. Costa (SBN 130131)
Elizabeth L. Floriani (SBN 203119)
COSTA, ABRAMS & COATE, LLP
1221 Second Street, Third Floor
Santa Monica, California 90401
Tel: (310) 576-6161
Fax: (310) 576-6160

Attorneys for Plaintiffs
FIFTY-SIX HOPE ROAD MUSIC, LTD.
and ZION ROOTSWEAR, LLC

FILED
07 JUL 11 AM 9:19
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIFTY-SIX HOPE ROAD MUSIC, LTD., a Bahamian International Business Company; and ZION ROOTSWEAR, LLC, a Florida Limited Liability Company, <br><br>    Plaintiffs, <br>    v. <br><br>KOKOB PRINTING, a California entity; and NUNU BELETTE, an individual d/b/a KOKOB PRINTING, and TADELE WORKU, an individual; and BERHAN WOLDEY MEKONNEN a/k/a BIRANHU A. MEKONNEN, an individual, <br><br>    Defendants. | Case No.: 05cv1226-L(CAB) <br><br> **CONSENT ORDER RE: DEFENDANT TADELE WORKU** <br><br> [Complaint Filed June 15, 2005; Second-Amended Complaint Filed February 4, 2006] |

Pursuant to their Agreement, Plaintiffs Fifty-Six Hope Road Music, Ltd. ("Fifty-Six Hope Road") and Zion Rootswear, LLC ("Zion") (collectively referred herein as "Plaintiffs") and Defendant Tadele Worku (referred herein as "Defendant"), hereby stipulate to the entry of this Consent Order as follows:

05cv1226-L(CAB)

1

**ORIGINAL**

1. Defendant, his partners, agents, servants, employees, representatives and those persons or companies in active concert or participation with him, are hereby permanently enjoined from directly or indirectly manufacturing, advertising, marketing, distributing and selling and/or in any manner utilizing the picture, name, likeness, image, signature or other indicia of Bob Marley on any unauthorized product;

2. Defendant shall refrain from manufacturing, assembling or participating in the manufacture or assembly of any unauthorized or counterfeit Bob Marley goods;

3. Defendant shall refrain from infringing Plaintiffs' established proprietary rights in the Bob Marley trademark and all protectable variations thereof, by further promoting, advertising, publishing or offering for sale, goods which bear a copy of the name, image, photograph, trademark, signature, likeness or other indicia of Bob Marley or any confusingly similar variations thereof;

4. Defendant shall otherwise refrain from infringing Plaintiffs' established proprietary rights at common law and in the Plaintiffs' Federal registration granted as to the name, image, photograph, signature, likeness or other indicia of Bob Marley;

5. Defendant shall refrain from competing unfairly with Plaintiffs in any manner by continued use or sale of unauthorized or counterfeit Bob Marley goods or any goods bearing or depicting the name, image, photograph, signature, likeness, trademark or other indicia of Bob Marley or any colorable variations or imitations thereof;

6. Defendant shall refrain from damaging Plaintiffs' established goodwill and reputation by diluting the distinctiveness of Plaintiffs' established proprietary rights in Bob Marley by holding themselves out as having any business relationship with Plaintiffs, or either of them;

7. Defendant shall refrain from competing unfairly with Plaintiffs by passing off

05cv1226-L(CAB)

counterfeit Bob Marley goods as genuine goods of Plaintiffs; and

8. Defendant shall refrain from buying, selling or in any way dealing with counterfeit Bob Marley goods or any goods bearing a copy of the Marley Rights or any colorable variations or imitations thereof.

9. Plaintiffs and Defendant further agree that, upon entry of this Consent Order, counsel for Plaintiffs shall submit a stipulated dismissal of this action without prejudice with regard to those claims against Defendant.

Respectfully submitted,

Dated: July 5, 2007

FIFTY-SIX HOPE ROAD MUSIC, LTD.
ZION ROOTSWEAR, LLC
By their attorneys,

_____
Joseph P. Costa, Esq.

Dated: July 05, 2007

TADELE WORKU

_____
Defendant *In Pro Per*

IT IS SO ORDERED.

Dated: July 10, 2007

_____
M. James Loreng
U.S. DISTRICT COURT JUDGE

05cv1226-L(CAB)

3

## DECLARATION OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1221 Second Street, Third Floor, Santa Monica, CA 90401.

On July 5, 2007, I served the foregoing documents described as **CONSENT ORDER RE: DEFENDANT TADELE WORKU** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope as follows:

Tadele Worku                                    *In pro per*
4180 Poplar Street, Apartment #1
City Heights, CA  92105

Nunu Belette, Business Manager                  *In pro per*
Kokob Printing
3645 El Cajon Blvd.
San Diego, CA  92104

[x]   **(BY MAIL)** I deposited such envelope in the mail at Santa Monica, California. The envelope was mailed with postage fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Santa Monica, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ]   **(BY PERSONAL SERVICE/MESSENGER)** I delivered such envelope by hand to the addressee(s) above.

[x]   **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 5, 2007, at Santa Monica, California.

Elizabeth Floriani