UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIFTY-SIX HOPE ROAD MUSIC, LTD., a Bahamian International Business Company; ZION ROOTSWEAR, INC., a Florida Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>KOKOB PRINTING, a California entity; *et al.*,<br><br>Defendants. | Civil No. 05cv1226-L(CAB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE DEFENDANT TADELE WORKU [doc. #72]** |

Plaintiffs and *pro se* defendant Tadele Worku filed a joint motion[1] for dismissal of this action against Worku based upon the filing of a Consent Order on July 11, 2007 [doc. #70].

Good cause appearing, **IT IS ORDERED** granting the parties' joint motion to dismiss with prejudice defendant Tadele Worku from this action.

. . .

. . .

. . .

. . .

---

[1] Counsel is advised that under Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") § 2(f)(4), "[a]ll stipulations must be filed as joint motions."

1 **IT IS FURTHER ORDERED** that each party shall bear its own attorneys' fees and
2 costs.
3    **IT IS SO ORDERED**.
4 DATED: July 24, 2007

*M. James Lorenz*
M. James Lorenz
United States District Court Judge

7 COPY TO:
8 HON. CATHY ANN BENCIVENGO
  UNITED STATES MAGISTRATE JUDGE

10 ALL PARTIES/COUNSEL