UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIFTY-SIX HOPE ROAD MUSIC, LTD., a Bahamian International Business Company; ZION ROOTSWEAR, INC., a Florida Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>KOKOB PRINTING, a California entity; *et al.*,<br><br>Defendants. | Civil No. 05cv1226-L(NLS)<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER RELEASING REPLEVIN BOND [doc. #75]** |

In anticipation of the filing of a Request for Dismissal against all parties, plaintiffs seek an Order releasing the replevin bond that was filed with the Court in the above-captioned case.

Based upon the settlement of claims between Plaintiffs and Defendant Tadele Worku, and the anticipated dismissal without prejudice of any remaining parties,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS ORDERED** that the replevin bond posted as security by Zion Rootswear, LLC, as required under 15 U.S.C. 1116(d), is hereby released to Zion Rootswear, LLC.

**IT IS SO ORDERED**.

DATED: August 13, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. CATHY ANN BECIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL